**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:       Alborz Datar **V.** National Oilwell Varco, L.P.

Appellate case number:    01-15-00541-CV

Trial court case number:  2014-04736

Trial court:                    295th District Court of Harris County

Date motion filed:          February 2, 2017

Party filing motion:        Appellant, Alborz Datar

     It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**


Judge's signature: /s/ Evelyn V. Keyes
                    ☐ Acting Individually ☒ Acting for the Court

Panel consists of: Justices Jennings, Keyes, and Brown


Date:  May 16, 2017